FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR – 4 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

FRANK HUBBERT a/k/a "Capo
Frank;"
MONTAVIS JONES a/k/a "Nigel
Woods" a/k/a "Jitt" a/k/a "Git;"
DARIAN SHEPPARD a/k/a "Lil D;"
DE'ANDRE JACKSON a/k/a "Gen"
a/k/a "Glock" a/k/a "Glizzy;"
EPHRAM MARSHALL a/k/a "Lil
E;"
TAHJ RANKINE a/k/a "Biggz;"
LEONUNTE CARSON a/k/a "Lil
Tae;" and
AHDAY NELSON-GEORGE a/k/a
"Baby K"

Criminal Indictment

No. **1:25-CP-083**

**UNDER SEAL**

THE GRAND JURY CHARGES THAT:

**GENERAL ALLEGATIONS**

At all times relevant to this Indictment:

**The Enterprise**

1.    The GoodFellas is a violent gang that began in the Atlanta, Georgia area.

2.    In the early 2000s, the GoodFellas formed to unite against other gangs, such as the Bloods.

3.      Once united, the GoodFellas recruited heavily in Atlanta neighborhoods, local jails, and Georgia Department of Corrections' ("GDC") facilities.

4.      The GoodFellas use hand signs to identify themselves to other members and to rival gang members, and to signify their membership in, and allegiance to, the gang.

5.      The GoodFellas frequently abbreviate the name of the gang to "GF."

6.      GoodFellas members use simple alphanumeric substitutions for coded writing, tattoos, and graffiti. Specifically, GoodFellas members often identify themselves by tattooing the letters "GF" or the alphanumerical equivalent, "76," on a prominent place on their body, often somewhere on the face, neck, or head area. In this case, the "7" stands for the seventh letter of the alphabet (G), and the "6" stands for the sixth letter of the alphabet (F). Taken together, the 76 tattoo represents "GF" or GoodFellas.

7.      GoodFellas members also use "GF" or "76" frequently in social media, such as in hashtags, iconography, and images. Similarly, GoodFellas members frequently use black hearts as a symbol of their GoodFellas affiliation. Members frequently wear clothing with the number 76, such as Philadelphia 76ers sports apparel.

8.      GoodFellas members use the number "10" to represent themselves based on the ten letters in the word "GoodFellas." They identify one of their "turfs" as the

2

"10th Ward" and identify a common GoodFellas hangout – 195 Fairburn Road NW, Building B, Atlanta Georgia – as "The 10."

9.      The GoodFellas also use certain terminology. For example, a GoodFellas meeting may be referred to as a "round" or a "round table."  During these meetings, gang membership and business may be discussed, gang literature distributed, and criminal activity discussed and planned.

10.     Initiated GoodFellas members are referred to as "stamped," and they are said to have received their "jersey."

11.     Newly initiated GoodFellas members learn the gang's rules and agree to follow them.

12.     These rules include, but are not limited to:

   a. "Omerta," which is the code of silence, pertains to not discussing GoodFellas business with those who are not members of the gang, and includes a prohibition on cooperating with law enforcement;

   b. "Don't go out bad," which means that GoodFellas must protect the reputation of the gang, particularly with regard to rival gangs, and should engage in violence and retaliation to protect its reputation;

   c. "Never forget loyalty," which means that GoodFellas members must remain loyal to the gang and each other.

3

## Structure of the Enterprise

13.     At all times relevant to this Indictment, there existed in the Northern District of Georgia, and elsewhere, an organization, namely, the GoodFellas. The GoodFellas, including its leaders, members, and associates, constituted an enterprise, as defined by Title 18, United States Code, Section 1959(b)(2); that is, a group of individuals associated-in-fact, that engaged in and the activities of which affected interstate and foreign commerce. The Enterprise constituted an ongoing organization whose members functioned as a continuing unit for the common purpose of achieving the objectives of the Enterprise.

14.     The GoodFellas employ a structured and hierarchical organization that is inspired by the hierarchy in Italian mafias. The GoodFellas bestow upon its members certain titles indicative of the member's role or function within the gang.

15.     Specifically, the head and highest-ranking member of the GoodFellas is called the "Godfather." The second-in-command is called the "Pope." Members called "Capo" are below the "Pope," followed by members called "Don" and "Foot Soldiers."

16.     Members are designated into groups based on their roles. These groups include, but are not limited to, being a "hustler," being a "gangster"/"enforcer," and being in the music side of the gang.

4

17.     The primary responsibility of a "hustler" in GoodFellas is to make money – through criminal activity and legitimate businesses – to support the gang.

18.     The "gangsters" and "enforcers" are the muscle or protectors of the gang. These members engage in shootings against rival gang members and associates, punish GoodFellas members and associates suspected of breaking a gang rule, and generally enhance the violent reputation of the gang.

19.     The GoodFellas members in the music side of the gang generate revenue for the participating members and the gang by making songs and music videos.

20.     Higher-ranking members – Godfather, Pope, Capo – coordinate some of the criminal activity committed by lower-level members, *i.e.,* the Dons and Foot Soldiers.

21.     If a lower-level member does not follow the order of a higher-ranking member, the lower-level member is considered to be in "violation."

22.     The penalties for being in "violation" include being kicked out of the gang, being beaten, and even being killed.

23.     There are certain criminal activities that lower-level GoodFellas members, such as Dons or Foot Soldiers, can engage in without the approval of a higher-ranking member. For example, lower-level members can carry out retaliatory shootings without a Capo's approval. In fact, the higher-ranking

5

members expect the lower-level members to engage in such retaliatory shootings, regardless of rank.

## Purposes of the Enterprise

24.    The purposes of the Enterprise included, but were not limited to, the following:

a.    Enriching the leaders, members, and associates of the Enterprise through, among other things, drug trafficking, robbery, carjacking, fraud, and firearms trafficking;

b.    Generating legitimate revenue for the leaders, members, and associates of the Enterprise through business and by making songs and music videos;

c.    Preserving and protecting the power, territory, reputation, operations, and proceeds of the Enterprise through the use of threats, intimidation, and violence, including, but not limited to, murder, attempted murder, assault with a dangerous weapon, obstruction of justice, and other acts of violence against rival gangs and against GoodFellas members who are suspected of violating gang rules;

d.    Keeping rival gang members, and victims of and potential informants and witnesses to, the Enterprise's illegal activities, in fear of the Enterprise through violence and threats of violence;

6

e.      Promoting and enhancing the Enterprise and its members' and associates' activities through round tables and other gatherings that allowed members to, among other things, find other members and recruit new members willing to engage in criminal activity and plan that criminal activity, devise ways to hide criminal activity from law enforcement and discuss ways in which members could enrich themselves and the Enterprise through various criminal schemes;

f.      Providing assistance and support to gang leaders, members, and associates who commit crimes on behalf of the Enterprise;

g.      Providing gang members safe houses in which to hide and protection to avoid apprehension by police; and

h.      Providing financial aid and assistance to gang members charged with or incarcerated for gang-related activities.

## Means and Methods of the Enterprise

25.    The means and methods by which members and associates of the GoodFellas enterprise conducted and participated in the conduct of the affairs of the Enterprise included, but were not limited to, the following:

a.      The leaders of the Enterprise directed, sanctioned, approved, and permitted other members and associates of the Enterprise to carry out criminal acts in furtherance of the Enterprise;

7

b.      Members and associates of the Enterprise attended regular meetings where gang membership, gang business, and criminal activities (including acts involving murder) were discussed;

c.      Financial proceeds from criminal activity (including drug trafficking) were used to benefit the Enterprise and its members and associates, including by paying for bond and the legal fees of incarcerated members and paying rent for apartments that were used to store and distribute drugs, commonly referred to as "trap houses;"

d.      To enforce discipline within the Enterprise, members and associates of the Enterprise punished errant gang members and associates for violations of gang rules. Administration of such punishment was referred to as a "violation," which ranged from a physical assault of the member or associate to murder;

e.      To generate income, members and associates of the Enterprise engaged in illegal activities under the protection of the Enterprise, including drug trafficking and violent crimes;

f.      Members and associates of the Enterprise used gang-related terminology, symbols, phrases, and gestures to demonstrate affiliation with the Enterprise;

8

g.      To commit or facilitate crimes and for protection, members and associates of the Enterprise acquired, maintained, distributed, carried, and shared firearms and provided transportation;

h.      To perpetuate the Enterprise and to maintain and extend its power, members and associates of the Enterprise committed acts involving murder, intimidation, and assault against individuals who posed a threat to the Enterprise or jeopardized its operations, including rival gang members; GoodFellas members and associates who violated, or were perceived to have violated, gang rules; and witnesses to illegal activities of the Enterprise; and

i.      Members and associates of the Enterprise hid, misrepresented, concealed, and caused to be hidden, the objectives of acts done in furtherance of the Enterprise, and used coded language and other means of communication to avoid detection and apprehension by law enforcement authorities.

26.      At all times relevant to this Indictment, the GoodFellas enterprise, through its leaders, members, and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is, acts involving murder, chargeable under Official Code of Georgia, Section 16-5-1(a) (murder), Section 16-4-1 (attempt), and Section 18-4-8 (conspiracy); and offenses involving drug trafficking, in violation of Title 21, United States Code, Sections 841 and 846.

9

27.     Defendants FRANK HUBBERT a/k/a "Capo Frank;" MONTAVIS JONES a/k/a "Nigel Woods" a/k/a "Jitt" a/k/a "Git;" DARIAN SHEPPARD a/k/a "Lil D;" DE'ANDRE JACKSON a/k/a "Gen" a/k/a "Glock" a/k/a "Glizzy; EPHRAM MARSHALL a/k/a "Lil E;" TAHJ RANKINE a/k/a "Biggz;" LEONUNTE CARSON a/k/a "Lil Tae;" and AHDAY NELSON-GEORGE a/k/a "Baby K" were all members and associates of the GoodFellas enterprise.

## COUNT ONE

28.     Paragraphs 1 – 27 of this Indictment are incorporated and realleged as if fully set forth herein.

29.     On or about January 17, 2021, in the Northern District of Georgia, defendants FRANK HUBBERT a/k/a "Capo Frank" and AHDAY NELSON-GEORGE a/k/a "Baby K," aided and abetted by each other and others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the GoodFellas, an enterprise engaged in racketeering activity, did knowingly and unlawfully assault C.L. with a dangerous weapon, in violation of Official Code of Georgia, Section 16-5-21(a)(2) (aggravated assault with a deadly weapon).

All in violation of Title 18, United States Code, Section 1959(a)(3), and Title 18, United States Code, Section 2.

10

## COUNT TWO

30.    Paragraphs 1 – 27 of this Indictment are incorporated and realleged as if fully set forth herein.

31.    On or about January 17, 2021, in the Northern District of Georgia, defendants FRANK HUBBERT a/k/a "Capo Frank" and AHDAY NELSON-GEORGE a/k/a "Baby K," aided and abetted by each other and others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the GoodFellas, an enterprise engaged in racketeering activity, did knowingly and unlawfully assault M.W. with a dangerous weapon, in violation of Official Code of Georgia, Section 16-5-21(a)(2) (aggravated assault with a deadly weapon).

All in violation of Title 18, United States Code, Section 1959(a)(3), and Title 18, United States Code, Section 2.

## COUNT THREE

32.    Paragraphs 1 – 27 of this Indictment are incorporated and realleged as if fully set forth herein.

33.    On or about January 17, 2021, in the Northern District of Georgia, defendants FRANK HUBBERT a/k/a "Capo Frank" and AHDAY NELSON-GEORGE a/k/a "Baby K," aided and abetted by each other and others known and unknown to the Grand Jury, for the purpose of maintaining and

increasing position in the GoodFellas, an enterprise engaged in racketeering activity, did knowingly and unlawfully assault J.D. with a dangerous weapon, in violation of Official Code of Georgia, Section 16-5-21(a)(2) (aggravated assault with a deadly weapon).

All in violation of Title 18, United States Code, Section 1959(a)(3), and Title 18, United States Code, Section 2.

## COUNT FOUR

34.    On or about January 17, 2021, in the Northern District of Georgia, defendants FRANK HUBBERT a/k/a "Capo Frank" and AHDAY NELSON-GEORGE a/k/a "Baby K," aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly attempt to take from the person and presence of C.L., by force, violence, and intimidation, with the intent to cause death and serious bodily harm to C.L., a Dodge motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2119(1), and Section 2.

## COUNT FIVE

35.    Paragraphs 1 – 27 of this Indictment are incorporated and realleged as if fully set forth herein.

36.    On or about February 2, 2021, in the Northern District of Georgia, defendants DARIAN SHEPPARD a/k/a "Lil D," DE'ANDRE JACKSON a/k/a

12

"Gen" a/k/a "Glock" a/k/a "Glizzy, EPHRAM MARSHALL a/k/a "Lil E,"
TAHJ RANKINE a/k/a "Biggz," and LEONUNTE CARSON a/k/a "Lil Tae,"
aided and abetted by one another, Khawann Heard (deceased), and others known
and unknown to the Grand Jury, for the purpose of maintaining and increasing
position in the GoodFellas, did knowingly and unlawfully attempt to murder J.F.,
in violation of Official Code of Georgia, Section 16-5-1(a) (murder) and Section 16-
4-1 (attempt).

All in violation of Title 18, United States Code, Section 1959(a)(5), and Title
18, United States Code, Section 2.

### COUNT SIX

37.   On or about February 2, 2021, in the Northern District of Georgia,
defendants DARIAN SHEPPARD a/k/a "Lil D," DE'ANDRE JACKSON a/k/a
"Gen" a/k/a "Glock" a/k/a "Glizzy," EPHRAM MARSHALL a/k/a "Lil E,"
TAHJ RANKINE a/k/a "Biggz," and LEONUNTE CARSON a/k/a "Lil Tae,"
aided and abetted by one another, Khawann Heard (deceased), and others known
and unknown to the Grand Jury, did knowingly use and carry a firearm during
and in relation to a crime of violence, as alleged in Count Five of this Indictment,
and in doing so did discharge said firearm, in violation of Title 18, United States
Code, Section 924(c)(1)(A)(iii) and Section 2.

13

## COUNT SEVEN

38.    Paragraphs 1 – 27 of this Indictment are incorporated and realleged as if fully set forth herein.

39.    On or about February 10, 2021, in the Northern District of Georgia, defendants FRANK HUBBERT a/k/a "Capo Frank," MONTAVIS JONES a/k/a "Nigel Woods" a/k/a "Jitt" a/k/a "Git," DARIAN SHEPPARD a/k/a "Lil D," DE'ANDRE JACKSON a/k/a "Gen" a/k/a "Glock" a/k/a "Glizzy," and EPHRAM MARSHALL a/k/a "Lil E," aided and abetted by one another and others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the GoodFellas, did knowingly and unlawfully attempt to murder S.T., in violation of Official Code of Georgia, Section 16-5-1(a) (murder) and Section 16-4-1 (attempt).

All in violation of Title 18, United States Code, Section 1959(a)(5), and Title 18, United States Code, Section 2.

## COUNT EIGHT

40.    On or about February 10, 2021, in the Northern District of Georgia, defendants FRANK HUBBERT a/k/a "Capo Frank," MONTAVIS JONES a/k/a "Nigel Woods" a/k/a "Jitt" a/k/a "Git," DARIAN SHEPPARD a/k/a "Lil D," DE'ANDRE JACKSON a/k/a "Gen" a/k/a "Glock" a/k/a "Glizzy," and EPHRAM MARSHALL a/k/a "Lil E," aided and abetted by one another and

others known and unknown to the Grand Jury, did knowingly use and carry a firearm during and in relation to a crime of violence, as alleged in Count Seven of this Indictment, and in doing so did discharge said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and Section 2.

## COUNT NINE

41.    Paragraphs 1 – 27 of this Indictment are incorporated and realleged as if fully set forth herein.

42.    On or about February 10, 2021, in the Northern District of Georgia, defendants FRANK HUBBERT a/k/a "Capo Frank," MONTAVIS JONES a/k/a "Nigel Woods" a/k/a "Jitt" a/k/a "Git," DARIAN SHEPPARD a/k/a "Lil D," DE'ANDRE JACKSON a/k/a "Gen" a/k/a "Glock" a/k/a "Glizzy," and EPHRAM MARSHALL a/k/a "Lil E," aided and abetted by one another and others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the GoodFellas, did knowingly and unlawfully attempt to murder J.B., in violation of Official Code of Georgia, Section 16-5-1(a) (murder) and Section 16-4-1 (attempt).

All in violation of Title 18, United States Code, Section 1959(a)(5), and Title 18, United States Code, Section 2.

15

## COUNT TEN

43.    On or about February 10, 2021, in the Northern District of Georgia, defendants FRANK HUBBERT a/k/a "Capo Frank," MONTAVIS JONES a/k/a "Nigel Woods" a/k/a "Jitt" a/k/a "Git," DARIAN SHEPPARD a/k/a "Lil D," DE'ANDRE JACKSON a/k/a "Gen" a/k/a "Glock" a/k/a "Glizzy," and EPHRAM MARSHALL a/k/a "Lil E,"aided and abetted by one another and others known and unknown to the Grand Jury, did knowingly use and carry a firearm during and in relation to a crime of violence, as alleged in Count Nine of this Indictment, and in doing so did discharge said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and Section 2.

## COUNT ELEVEN

44.    Paragraphs 1 – 27 of this Indictment are incorporated and realleged as if fully set forth herein.

45.    On or about February 10, 2021, in the Northern District of Georgia, defendants FRANK HUBBERT a/k/a "Capo Frank," MONTAVIS JONES a/k/a "Nigel Woods" a/k/a "Jitt" a/k/a "Git," DARIAN SHEPPARD a/k/a "Lil D," DE'ANDRE JACKSON a/k/a "Gen" a/k/a "Glock" a/k/a "Glizzy," and EPHRAM MARSHALL a/k/a "Lil E," aided and abetted by one another and others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the GoodFellas, an enterprise engaged in racketeering

16

activity, did knowingly and unlawfully attempt to murder D.T., in violation of Official Code of Georgia, Section 16-5-1(a) (murder) and Section 16-4-1 (attempt).

All in violation of Title 18, United States Code, Section 1959(a)(5), and Title 18, United States Code, Section 2.

## COUNT TWELVE

46.    On or about February 10, 2021, in the Northern District of Georgia, defendants FRANK HUBBERT a/k/a "Capo Frank," MONTAVIS JONES a/k/a "Nigel Woods" a/k/a "Jitt" a/k/a "Git," DARIAN SHEPPARD a/k/a "Lil D," DE'ANDRE JACKSON a/k/a "Gen" a/k/a "Glock" a/k/a "Glizzy," and EPHRAM MARSHALL "Lil E," aided and abetted by one another and others known and unknown to the Grand Jury, did knowingly use and carry a firearm during and in relation to a crime of violence, as alleged in Count Eleven of this Indictment, and in doing so did discharge said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and Section 2.

## FORFEITURE

47.    Upon conviction of one or more of the offenses alleged in Counts One through Three and Five through Twelve of this Indictment, the defendants, FRANK HUBBERT a/k/a "Capo Frank," MONTAVIS JONES a/k/a "Nigel Woods" a/k/a "Jitt" a/k/a "Git," DARIAN SHEPPARD a/k/a "Lil D," DE'ANDRE JACKSON a/k/a "Gen" a/k/a "Glock" a/k/a "Glizzy," EPHRAM

MARSHALL a/k/a "Lil E," TAHJ RANKINE a/k/a "Biggz," LEONUNTE CARSON a/k/a "Lil Tae," and AHDAY NELSON-GEORGE a/k/a "Baby K," shall forfeit to the United States of America,

pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of said offenses.

48.    Upon conviction of the offense alleged in Count Four of this Indictment, the defendants, FRANK HUBBERT a/k/a "Capo Frank" and AHDAY NELSON-GEORGE a/k/a "Baby K," shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense and pursuant to Title 18, United States Code, Section 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count Four of this Indictment.

49.    If any of the property subject to forfeiture, as a result of any act or omission of a defendant:

18

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of such defendant up to the value of the forfeitable property.

A _____TRUE_____ BILL

_____
FOREPERSON

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

SARAH J. RASALAM
*Trial Attorney*
Georgia Bar No. 171045

LAUREN E. RENAUD
*Assistant United States Attorney*
DC Bar No. 1672511
Georgia Bar Pending

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

19