IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Mar 31 2025
KEVIN P. WEIMER, Clerk
By: Sonya Lee Coggins
Deputy Clerk

UNITED STATES OF AMERICA

v.

FRANK HUBBERT,
A/K/A CAPO FRANK

Criminal Action No.
1:25-CR-083

### Government's Motion for Detention

The United States of America, by counsel, Richard S. Moultrie, Jr., Acting United States Attorney, and Lauren E. Renaud, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.   Eligibility of Case**

This case is eligible for a detention order because this case involves:

A crime of violence (18 U.S.C. § 3156);

An offense having a maximum sentence of life imprisonment or death;

Any felony that is not otherwise a crime of violence but which involves the possession/use of a firearm, destructive device, or any other dangerous weapon;

A serious risk that the defendant will flee;

A serious risk that the defendant will obstruct or attempt to obstruct justice;

A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

2. **Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

3. **Rebuttable Presumption**

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

> An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b violation.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: March 31, 2025.

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

Respectfully submitted,

RICHARD S. MOULTRIE, JR.
Acting United States Attorney

*Lauren E. Renaud*
LAUREN E. RENAUD
Assistant United States Attorney
DC Bar No. 1672511

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Wes Bryant

March 31, 2025

/s/ LAUREN E. RENAUD
LAUREN E. RENAUD
Assistant United States Attorney